No. 4490.—AXTMAYER ET AL., apltes., *v.* KÖRBER & CO. ET AL., apldos.—C. D. San Juan.

No. 4576.—MARRERO, aplte., *v.* CARRIÓN ET AL., apldos.—C. D. Arecibo.

No. 4538.—CRÉDITO Y AHORRO PONCEÑO, apldo., *v.* CRUET, aplte., *In re* CRUET interventora-aplte. — C. D. Guayama. Junio 11, 1928. Celebrada en los tres casos que anteceden en junio 11, 1928, la audiencia acordada por el tribunal a fin de que el apelante en cada caso mostrara causa, si alguna tenía por qué no debía desestimarse la apelación; no habiendo comparecido dichos apelantes a pesar de haber sido notificados, se desestimaron los recursos por abandono.

No. 4629.—QUINTANA & BORGES, apltes., *v.* PORRAS ET AL., apldos.—C. D. San Juan. Junio 12, 1928. Estando vencida desde el 14 de febrero de 1928 la última prórroga concedida por la corte inferior al apelante para presentar la exposición del caso para su apelación sin que la haya presentado ni haya radicado en este tribunal la transcripción de los autos, debemos desestimar y desestimamos la apelación.

No. 4281.—RESTO, aplte., *v.* SILVA ET AL., apldos.—C. D. San Juan. Junio 12, 1928. A la moción de reconsideración presentada por la parte apelante, visto lo resuelto por esta corte entre otros en el caso de *Orta* v. *Arzuaga,* 23 D.P.R. 259, 263, *no ha lugar.*